1  Ronald H. Reynolds (NV SB No. 827)
2  Harrison J. Reynolds (NV SB No. 13748)
   REYNOLDS & ASSOCIATES
3  823 Las Vegas Blvd. So., Suite 280
   Las Vegas, NV 89101
4  Phone: (702) 445-7000
   Fax: (702) 385-7743
5  Email: ron@reynoldslawyers.com
   harrison@reynoldslawyers.com

6  **Attorneys for Defendants**

7  **UNITED STATES DISTRICT COURT**
8  **DISTRICT OF NEVADA**

9

| | |
|---|---|
| 10  **CESAR RODRIGUEZ RAMIREZ,** | **Case No.: 2:15-cv-2472-JAD-GWF** |
| 11  Plaintiff, | |
| 12  vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |
| 13  **NUEVO ORDEN MUSIC LLC, a California limited liability company; NUEVO ORDEN MUSIC, a California general partnership; MARTHA FRAILE, an individual; JOSÉ DAVID HERNANDEZ, an individual; ENRIQUE NARANJO, an individual, and DANIEL FERNANDEZ, an individual,** | |
| 18  Defendants. | |

19

20     IT IS HEREBY STIPULATED by and between the parties hereto through their

21  respective counsel of record, that Defendants **JOSÉ DAVID HERNANDEZ, as an individual**

22  **and d/b/a NUEVO ORDEN MUSIC,** and **NUEVO ORDEN MUSIC, a California limited**

23  **liability company,** shall have an additional fourteen (14) consecutive days, through and

24  ///

25  ///

26  ///

27  ///

28  ///

1

including February 16, 2016, to file and serve a responsive pleading in the form of an answer to Plaintiff's Complaint and bring counterclaims.

DATED:

| **REYNOLDS & ASSOCIATES** | **GIBSON LOWRY LLP** |
|---|---|
| /s/ Harrison J. Reynolds | /s/ Jodi Donetta Lowry |
| HARRISON J. REYNOLDS, SBN 13748 | JODI DONETTA LOWRY, SBN 7798 |
| harrison@reynoldslawyers.com | jlowry@gibsonlowry.com |
| 823 Las Vegas Blvd. South, Suite 280 | 7495 West Azure Drive, #233 |
| Las Vegas, NV  89101 | Las Vegas, NV 89130 |
| Attorneys for Defendants | Attorneys for Plaintiff |

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  February 2, 2016

2