UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CESAR RODRIGUEZ RAMIREZ, | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-02472-JAD-GWF |
| vs. | ) | **ORDER** |
| NUEVO ORDEN MUSIC, LLC, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed December 24, 2015. Defendants Jose David Hernandez, dba Nuevo Orden Music and Nuevo Orden Music filed their Answer (#9) on February 16, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 18, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 7th day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge