STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@gibsonlowry.com
JODI DONETTA LOWRY, ESQ.
Nevada Bar No. 7798
jlowry@gibsonlowry.com

GIBSON LOWRY LLP
7495 West Azure Drive, Suite 233
Las Vegas, Nevada 89130
Telephone 702.541.7888
Facsimile 702.541.7899

*Attorneys for Plaintiff Cesar Rodriguez Ramirez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CESAR RODRIGUEZ RAMIREZ, an individual,<br><br>             Plaintiff,<br><br>     v.<br><br>NUEVO ORDEN MUSIC LLC, a California limited liability company; NUEVO ORDEN MUSIC, a California general partnership; MARTHA FRAILE, an individual; JOSÉ DAVID HERNANDEZ, an individual; ENRIQUE NARANJO, an individual; and DANIEL FERNANDEZ, an individual,<br><br>             Defendants. | Case No.: 2:15-cv-02472-JAD-GWF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S AMENDED ANSWER AND COUNTERCLAIM; ORDER THEREON** |

Plaintiff Cesar Rodriguez Ramirez ("Plaintiff") by and through his counsel, GIBSON LOWRY LLP, and Defendants Nuevo Orden Music LLC, Nuevo Orden Music, and José David Hernandez (collectively, the "Defendants") by and through their respective counsel, Reynolds & Associates, hereby request the Court allow Plaintiff an additional fourteen consecutive days, through and including Monday, May 23, 2016, to file and serve a responsive pleading to the Amended Answer and Counterclaim of the Defendants. Plaintiff and Defendants jointly stipulate to this extension in view of their ongoing settlement negotiations, terms of which have been

agreed to generally, and the fact that the parties anticipate closure of this matter prior to Monday, May 23, 2016.

Respectfully submitted this 5th day of May, 2016.

| GIBSON LOWRY LLP | REYNOLDS & ASSOCIATES |
|---|---|
| /s/ J.D. Lowry. | /s/ Harrison J. Reynolds |
| STEVEN A. GIBSON, ESQ.<br>Nevada Bar No. 6656<br>JODI DONETTA LOWRY, ESQ.<br>Nevada Bar No. 7798<br>7495 West Azure Drive, Suite 233<br>Las Vegas, Nevada  89130<br>*Attorneys for Plaintiff Cesar Rodriguez Ramirez* | HARRISON J. REYNOLDS, ESQ.<br>Nevada Bar No. 13748<br>823 Las Vegas Boulevard South, Suite 280<br>Las Vegas, Nevada  89101<br>*Attorneys for Defendants Nuevo Orden Music LLC, Nuevo Orden Music, and José David Hernandez* |

IT IS SO ORDERED:

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE
DATE: May 6, 2016

2