**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Rodriguez Ramirez,

    Plaintiff

v.

Nuevo Orden Music LLC, et al.,

    Defendants

2:15-cv-02472-JAD-GWF

**Order Dismissing and Closing Case**

On May 26, 2016, I dismissed with prejudice all claims against Jose David Hernandez, Nuevo Orden Music, LLC, and Nuevo Orden Music, a California general partnership, and all counterclaims.[1] On June 20, 2016, the Clerk of Court issued a notice of intent to dismiss all claims against the remaining defendants under FRCP 4(m).[2] Proof of service was due by July 20, 2016. That deadline has long since expired, and no proof of service has been filed. Accordingly.

IT IS HEREBY ORDERED that all claims against Martha Fraile, Enrique Naranjo, and Daniel Fernandez are DISMISSED without prejudice under FRCP 4(m).

The Clerk of Court is directed to CLOSE this case.

Dated this 27th day of January, 2017.

                                    Jennifer A. Dorsey
                                    United States District Judge

---

[1] ECF No. 28.

[2] ECF No. 19.